## UPTON v. MASON.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF WYOMING.

No. 262.  Submitted April 3, 1882. — Decided April 10, 1882.

*Hecht* v. *Boughton*, 105 U. S. 235, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.
This suit is dismissed on the authority of *Hecht* v. *Boughton*, No. 912, of this term, 105 U. S. 235. The remedy is by appeal instead of a writ of error.                                          *Affirmed.*

*Mr. Homer Cook* and *Mr. E. P. Johnson* for plaintiff in error.

*Mr. E. W. Mann* for defendant in error.

---

## UPTON v. STEELE.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF WYOMING.

No. 263.  Submitted April 3, 1882. — Decided April 10, 1882.

*Hecht* v. *Boughton*, 105 U. S. 235, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.
This suit is dismissed on the authority of *Hecht* v. *Boughton*, No. 912, of the present term, 105 U. S. 235. As there was no trial by jury, the case should have been brought here by appeal instead of a writ of error.                                          *Dismissed.*

*Mr. Homer Cook* and *Mr. Edward P. Johnson* for plaintiff in error.

*Mr. William R. Steele* in person.